**Order filed, September 6, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00731-CV

_____

## SURVEYING AND MAPPING, LLC, Appellant

## V.

## LE BLANC FARMS JOINT VENTURE, Appellee

---

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 16-DCV-237403**

---

## ORDER

The reporter's record in this case was due August 30, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Elizabeth Wittu, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM